In the Matter of LEWIS A. TOAN, Respondent, against VILLAGE OF PERRY, Appellant.

Argued November 11, 1947; decided November 20, 1947.

*Austin W. Erwin* for appellant.
*Thomas L. Toan* for respondent.

Order of Appellate Division reversed and that of the Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the findings of the Special Term are in accordance with the weight of the evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.